NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**W.L. GORE & ASSOCIATES, INC.,**
*Plaintiff-Appellant,*

v.

**MEDTRONIC, INC., MEDTRONIC USA, INC., AND MEDTRONIC VASCULAR, INC.,**
*Defendants-Appellees.*

---

2012-1538

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 10-CV-0441, Judge Mark S. Davis.

---

**JUDGMENT**

---

AHMED J. DAVIS, Fish & Richardson, P.C., of Washington, DC, argued for plaintiff-appellant. With him on the brief were JUANITA R. BROOKS, of San Diego, California, and SUSAN M. COLETTI, of Wilmington, Delaware.

JAMES J. ELACQUA, Skadden Arps, of Palo Alto, California, argued for defendants-appellees. With him on the brief were KAREN D. MCDANIEL and RACHEL C. HUGHEY,

Merchant & Gould P.C., of Minneapolis, Minnesota; and RYAN J. FLETCHER of Denver, Colorado.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* NEWMAN, and DYK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 12, 2013          /s/  Daniel E. O'Toole
Date                         Daniel E. O'Toole
                             Clerk